UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:98cr55 DRL |
| ROBIN PEOPLES, | |
| Defendant. | |

OPINION AND ORDER

Robin Peoples requested compassionate release here. On January 19, 2025, President Joseph R. Biden Jr. commuted his sentence and rendered his request for compassionate release moot. In light of this, his request no longer needs a ruling, and he has moved to withdraw his motion. The court GRANTS his motion to withdraw his compassionate release petition [456], DIRECTS the clerk to show the motion [442; 443] withdrawn, and GRANTS the motions to seal [441, 442, 449, 451, 452].

SO ORDERED.

January 24, 2025                                   *s/ Damon R. Leichty*
                                                   Judge, United States District Court